*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*






October 14, 2014

No. 04-14-00572-CV

Jose Luis Ramos,
Appellant

v.

State Farm Mutual Automobile Insurance Company,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVQ001953 D4
Honorable Oscar J Hale, Jr., Judge Presiding

## ORDER

In this Court's Order of September 8, 2014, appellate deadlines in this case were suspended until October 23, 2014, and the parties were ordered to mediation with Judge Raul Vasquez. Appellant has filed a Notice of Mediation Settlement and Request to Continue Abatement asking for an abatement extension until November 10, 2014, to finalize the settlement that was reached in mediation.

The motion is granted and appellate deadlines are hereby suspended until **November 10, 2014**.

It is so **ORDERED** on October 14, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle, Clerk